UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Katie Gordon,
A/K/A Katie Fitzsimonds,

    Defendant.
_____/

Case: 2:22−cr−20204
Hon Denise Page Hood
Referral Judge: Grey, Jonathan J.C.
Filed: 4/12/2022
INFO USA V GORDON (LH)

Violation: 18 U.S.C. § 641

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds

Katie Gordon, a/k/a Katie Fitzsimonds

    Beginning in or around March 2009, and continuing through March 2019, in the Eastern District of Michigan, the defendant Katie Gordon, a/k/a Katie Fitzsimonds, did knowingly and willfully steal, purloin, and convert to her use money of the Social Security Administration (SSA), a department or agency of the United States, to wit:  Social Security Act, Title XVI, Supplemental Security Income (SSI) benefits to which she was not legally entitled, having a value greater than $1,000.00.

The benefits described above were monies paid out by the Social Security Administration to the defendant in her capacity as Representative-Payee for her disabled child (the "beneficiary"). Under the provisions of the Social Security Act, the defendant was required provide truthful information about the beneficiary's household composition and resources. However, on multiple occasions the defendant intentionally concealed the fact that her husband, the beneficiary's stepfather, was a member of the household and contributed to the family's finances. The defendant concealed this information because she knew that it would likely impact the beneficiary's eligibility to continue receiving SSI benefits.

All in violation of Title 18, United States Code, Section 641.


DAWN N. ISON
United States Attorney


*s/John K. Neal*
JOHN K. NEAL
Chief, White Collar Crime Unit


RYAN A. PARTICKA
Assistant U.S. Attorney


Dated:  April 12, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:22-cr-20204 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes     ☒ No | AUSA's Initials: R.A.P. |

**Case Title:** USA v. Katie Gordon

**County where offense occurred:** Jackson

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

\_\_\_\_Indictment/ ✓ Information --- **no** prior complaint.
\_\_\_\_Indictment/\_\_\_\_Information --- based upon prior complaint [**Case number:**              ]
\_\_\_\_Indictment/\_\_\_\_Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 12, 2022
Date

s/Ryan A. Particka
Ryan A. Particka
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9635
Fax:    313-226-0816
E-Mail address: Ryan.Particka@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.